In the United States District Court
For the District of Massachusetts

Civil Action No. 3:21-cv-30116

| | |
|---|---|
| TAKAYOSHI KAKIUCHI | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| BAYSTATE HEALTH, INC. | ) |
| and BAYSTATE MEDICAL CENTER, | ) |
| INC. | ) |
|     Defendants | ) |

**ANSWER OF THE DEFENDANT BAYSTATE MEDICAL CENTER, INC. TO THE PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

## THE PARTIES

Answering to the numbered Paragraphs of the Complaint of the Plaintiff, TAKAYOSHI KAKIUCHI (hereinafter the "Plaintiff"), the Defendant, BAYSTATE MEDICAL CENTER, INC. (hereinafter the "Defendant"), admits, denies, and alleges as follows:

1. The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

2. The Defendant admits the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3. The Defendant admits the allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. The allegations contained in Paragraph 4 of the Plaintiff's Complaint call for a legal conclusion and therefore are neither admitted nor denied. The Defendant calls upon the Plaintiff to prove the allegations contained in this Paragraph.

5. The allegations contained in Paragraph 5 of the Plaintiff's Complaint call for a legal conclusion and therefore are neither admitted nor denied. The Defendant calls upon the Plaintiff to prove the allegations contained in this Paragraph.

## JURISDICTION AND VENUE

6. The allegations contained in Paragraph 6 of the Plaintiff's Complaint call for a legal conclusion and therefore are neither admitted nor denied. The Defendant calls upon the Plaintiff to prove the allegations contained in this Paragraph.

7.      The allegations contained in Paragraph 7 of the Plaintiff's Complaint call for a legal conclusion and therefore are neither admitted nor denied. The Defendant calls upon the Plaintiff to prove the allegations contained in this Paragraph.

## FACTUAL BACKGROUND

### A.      Baystate Health and the complexities of managing a healthcare enterprise

8.      The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

9.      The Defendant cannot entirely ascertain the remaining allegations being asserted and therefore is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

10.     The Defendant cannot entirely ascertain the allegations being asserted and therefore is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

11.     The Defendant cannot entirely ascertain the allegations being asserted and therefore is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

12.     The Defendant cannot entirely ascertain the allegations being asserted and therefore is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

13.     The Defendant cannot entirely ascertain the allegations being asserted and therefore is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

14.     The Defendant cannot entirely ascertain the allegations being asserted and therefore is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

15.     The Defendant cannot entirely ascertain the allegations being asserted and therefore is without knowledge and/or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 15 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

**B.**     **Baystate Health's Residency Programs and the Need for Cheap Labor**

16.     The Defendant admits that Baystate Medical Center, Inc. is a subsidiary corporation and operates the largest hospital in the Baystate Health System.

17.     The Defendant admits the allegations contained in Paragraph 17 of the Plaintiff's Complaint.

18.     The Defendant denies each and every allegation contained in Paragraph 18 of the Plaintiff's Complaint.

19.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

20.     The Defendant admits the allegations contained in Paragraph 20 of the Plaintiff's Complaint.

21.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

22.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

23.     The Defendant admits the allegations contained in Paragraph 23 of the Plaintiff's Complaint.

24.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

25.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

26.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

27.     The Defendant denies each and every allegation contained in Paragraph 27 of the Plaintiff's Complaint.

28.     The Defendant denies each and every allegation contained in Paragraph 28 of the Plaintiff's Complaint.

C.      **Plaintiff's Suffering Due to Baystate Health's Disregard of the Law**

29.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

30.     The Defendant denies each and every allegation contained in Paragraph 30 of the Plaintiff's Complaint.

31.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

32.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

D.      **Plaintiff's Ostracization from Baystate Health's Anesthesiology Program Due to His Disabilities**

33.     The Defendant admits the allegations contained in Paragraph 33 of the Plaintiff's Complaint.

34.     The Defendant admits that the Baystate Anesthesiology Program expects its first-year residents (referred to as CA-1 or PGY-2) to complete a rotation in Pediatric Anesthesiology, but it is without knowledge as to whether other anesthesiology programs require doctors to be in a fellowship program before conducting similar rotations in Pediatric Anesthesiology, and therefore calls upon the Plaintiff to prove the same.

35.     The Defendant denies the allegations contained in Paragraph 35 of the Plaintiff's Complaint.

36.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

37.     The Defendant denies each and every allegation contained in Paragraph 37 of the Plaintiff's Complaint.

38.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

39.    The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

40.    The Defendant denies each and every allegation contained in Paragraph 40 of the Plaintiff's Complaint.

41.    The Defendant denies each and every allegation contained in Paragraph 41 of the Plaintiff's Complaint.

42.    The Defendant denies each and every allegation contained in Paragraph 42 of the Plaintiff's Complaint.

43.    The Defendant denies each and every allegation contained in Paragraph 43 of the Plaintiff's Complaint.

44.    The Defendant denies each and every allegation contained in Paragraph 44 of the Plaintiff's Complaint.

45.    The Defendant denies each and every allegation contained in Paragraph 45 of the Plaintiff's Complaint.

46.    The Defendant denies each and every allegation contained in Paragraph 46 of the Plaintiff's Complaint.

47.    The Defendant denies each and every allegation contained in Paragraph 47 of the Plaintiff's Complaint.

48.    The Defendant denies each and every allegation contained in Paragraph 48 of the Plaintiff's Complaint.

49.    The Defendant denies each and every allegation contained in Paragraph 49 of the Plaintiff's Complaint.

50.    The Defendant denies each and every allegation contained in Paragraph 50 of the Plaintiff's Complaint.

51.    The Defendant denies each and every allegation contained in Paragraph 51 of the Plaintiff's Complaint.

52.    The Defendant denies each and every allegation contained in Paragraph 52 of the Plaintiff's Complaint.

53.    The Defendant denies each and every allegation contained in Paragraph 53 of the Plaintiff's Complaint.

54.    The Defendant denies each and every allegation contained in Paragraph 54 of the Plaintiff's Complaint.

55.    The Defendant denies each and every allegation contained in Paragraph 55 of the Plaintiff's Complaint.

56.    The Defendant denies each and every allegation contained in Paragraph 56 of the Plaintiff's Complaint.

57.    The Defendant denies each and every allegation contained in Paragraph 57 of the Plaintiff's Complaint.

58.    The Defendant denies each and every allegation contained in Paragraph 58 of the Plaintiff's Complaint.

59.    The Defendant denies each and every allegation contained in Paragraph 59 of the Plaintiff's Complaint.

60.    The Defendant denies each and every allegation contained in Paragraph 60 of the Plaintiff's Complaint.

61.    The Defendant denies each and every allegation contained in Paragraph 61 of the Plaintiff's Complaint.

62.    The Defendant denies each and every allegation contained in Paragraph 62 of the Plaintiff's Complaint.

63.    The Defendant denies each and every allegation contained in Paragraph 63 of the Plaintiff's Complaint.

64.    The Defendant denies each and every allegation contained in Paragraph 64 of the Plaintiff's Complaint.

65.    The Defendant denies each and every allegation contained in Paragraph 65 of the Plaintiff's Complaint.

66.    The Defendant denies each and every allegation contained in Paragraph 66 of the Plaintiff's Complaint.

67.    The Defendant denies each and every allegation contained in Paragraph 67 of the Plaintiff's Complaint.

68.    The Defendant denies each and every allegation contained in Paragraph 68 of the Plaintiff's Complaint.

69.     The Defendant denies each and every allegation contained in Paragraph 69 of the Plaintiff's Complaint.

**E.      Plaintiff's Exhaustion of his Administrative Remedies**

70.     The Defendant admits the allegations contained in Paragraph 70 of the Plaintiff's Complaint.

71.     The Defendant admits the allegations contained in Paragraph 71 of the Plaintiff's Complaint.

72.     The Defendant admits in part the allegations contained in Paragraph 72 of the Plaintiff's Complaint.  It is admitted that the EEOC notified Plaintiff of his right to file a civil action against Baystate Health, Baystate Medical Center and UMass Medical, but it is denied that it occurred on August 16, 2021.

73.     The Defendant denies each and every allegation contained in Paragraph 73 of the Plaintiff's Complaint.

74.     The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

## STATEMENT OF CLAIMS

### COUNT I
Violations of the ADA
(Kakiuchi vs. BHI and Baystate Medical Center)

72.[sic]  As to Count I, Paragraph 72 [sic] which re-alleges all preceding paragraphs of the Plaintiff's Complaint, the Defendant makes the same answers thereto and incorporates said answers by reference as though individually set forth.

73.[sic]  The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 [sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

74.[sic]  The Defendant denies each and every allegation contained in Paragraph 74[sic] of the Plaintiff's Complaint.

75.[sic]  The Defendant denies each and every allegation contained in Paragraph 75[sic] of the Plaintiff's Complaint.

76.[sic]  The Defendant denies each and every allegation contained in Paragraph 76[sic] of the Plaintiff's Complaint.

## COUNT II
Violations of the Rehabilitation Act of 1973
(Kakiuchi vs. BHI and Baystate Medical Center)

77.[sic] As to Count II, Paragraph 77[sic] which re-alleges all preceding paragraphs of the Plaintiff's Complaint, the Defendant makes the same answers thereto and incorporates said answers by reference as though individually set forth.

78.[sic] The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

79.[sic] The allegations contained in Paragraph 79[sic] of the Plaintiff's Complaint call for a legal conclusion and therefore are neither admitted nor denied. The Defendant calls upon the Plaintiff to prove the allegations contained in this Paragraph.

80.[sic] The Defendant denies each and every allegation contained in Paragraph 80[sic] of the Plaintiff's Complaint.

81.[sic] The Defendant denies each and every allegation contained in Paragraph 81[sic] of the Plaintiff's Complaint.

82.[sic] The Defendant denies each and every allegation contained in Paragraph 82[sic] of the Plaintiff's Complaint.

## COUNT III
Violations of the FEPA
(Kakiuchi vs. BHI and Baystate Medical Center)

83.[sic] As to Count III, Paragraph 83[sic] which re-alleges all preceding paragraphs of the Plaintiff's Complaint, the Defendant makes the same answers thereto and incorporates said answers by reference as though individually set forth.

84.[sic] The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

85.[sic] The Defendant denies each and every allegation contained in Paragraph 85[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

86.[sic] The Defendant denies each and every allegation contained in Paragraph 86[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

87.[sic]   The Defendant denies each and every allegation contained in Paragraph 87[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

## COUNT IV
Violations of the FMLA
(Kakiuchi vs. BHI and Baystate Medical Center)

88.[sic]   As to Count IV, Paragraph 88[sic] which re-alleges all preceding paragraphs of the Plaintiff's Complaint, the Defendant makes the same answers thereto and incorporates said answers by reference as though individually set forth.

89.[sic]   The Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

90.[sic]   The Defendant denies each and every allegation contained in Paragraph 90[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

91.[sic]   The Defendant denies each and every allegation contained in Paragraph 91[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

92.[sic]   The Defendant denies each and every allegation contained in Paragraph 92[sic] of the Plaintiff's Complaint, and therefore, calls upon the Plaintiff to prove the same.

**WHEREFORE**, the Defendant Baystate Medical Center, Inc. denies that the Plaintiff is entitled to relief as demanded.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiff has failed to state a claim for which relief can be granted.

### SECOND DEFENSE

The Defendant reserves the right to supplement its defenses based on any after acquired information.

### THIRD DEFENSE

The Plaintiff has failed to raise allegations of discrimination in accordance with Massachusetts General Laws Chapter 151B, as amended, and/or FEPA.

### FOURTH DEFENSE

9

The Plaintiff has failed to raise allegations of discrimination under the provisions of the Rehabilitation Act of 1973.

## FIFTH DEFENSE

The Plaintiff has failed to raise allegations of discrimination in accordance with the Americans with Disabilities Act.

## SIXTH DEFENSE

The Plaintiff has failed to raise allegations of discrimination in accordance with FMLA.

## SEVENTH DEFENSE

The Plaintiff has failed to mitigate his damages.

## EIGHTH DEFENSE

The Plaintiff has failed to show that he has sustained any damages as a result of the alleged incident.

## NINTH DEFENSE

The Plaintiff has failed to file this action within the time period required by law.

## TENTH DEFENSE

The Plaintiff has failed to exhaust all administrative, regulatory or statutory remedies available to him.

## ELEVENTH DEFENSE

The Plaintiff failed to state a claim upon which relief can be granted for discrimination.

## TWELFTH DEFENSE

If the Plaintiff is able to show damages, said damages are not causally related to any act or omission of the Plaintiff.

## THIRTEENTH DEFENSE

The Defendant states that the Plaintiff was, at all material times, an at-will employee of the Defendant Baystate Medical Center/Baystate Health and, therefore, was subject to discharge at any time, with or without cause, so long as said discharge was not for an unlawful reason.

## FOURTEENTH DEFENSE

The Defendant denies that disability was a factor, but even if disability was a factor(s) in any alleged employment action, which it was not, and which the Defendant expressly denies, the same decision would have been made without regard to such factor.

## FIFTEENTH DEFENSE

The decisions Plaintiff challenges were based on reasonable business factors not on disability.

## SIXTEENTH DEFENSE

The Defendant denies disability was a factor(s), but even if disability was a factor in any employment action, the same decision would have been made without regard to such factor(s) as all conduct and actions were wholly based on legitimate no-discriminatory and non-retaliatory reasons.

## SEVENTEENTH DEFENSE

The Plaintiff's Complaint fails on the basis of misnomer of a party.

**JURY DEMAND:   THE DEFENDANT BAYSTATE MEDICAL CENTER, INC. HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully submitted,
Defendant,
***Baystate Medical Center, Inc.***

By Its Attorneys
KEYES AND DONNELLAN, P.C.

Dated: April 8, 2022

*/s/ Kevin C. Giordano*
Kevin C. Giordano, Esq. (BBO #547376)
Kathleen E. Sheehan, Esq. (BBO#456910)
Kristin A. Thomas, Esq. (BBO #665689)
293 Bridge Street, Suite 600
Springfield, MA   01103
(413) 781-6540
(413) 739-3502 (fax)
kgiordano@keyesanddonnellan.com
ksheehan@keyesanddonnellan.com
kthomas@keyesanddonnellan.com

11

## CERTIFICATE OF SERVICE

I, Kevin C. Giordano, Esquire, of Keyes and Donnellan, P.C., 293 Bridge Street, Suite 600, Springfield, Massachusetts, hereby certify that on the 8th day of April, 2022, I served a copy of this document on all counsel of record via the Court's ECF notification system.

John P. O'Connor, Esq.
Stobierski & Connor
377 Main Street
Greenfield, MA 01301

Sammy Y. Sugiura, Esq.
Mark A. Grace, Esq.
Cohen & Grace, LLC
105 Braunlich Drive, Suite 300
Pittsburgh, PA 15237

*/s/ Kevin C. Giordano*
Kevin C. Giordano