IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  3:21-CV-30116-MGM

TAKAYOSHI KAKIUCHI,

      Plaintiffs

v.

BAYSTATE HEALTH, INC., and
BAYSTATE MEDICAL CENTER, INC.,

      Defendants

## PLAINTIFF, TAKAYOSHI KAKIUCHI'S STATUS REPORT

Plaintiff, Takayoshi Kakiuchi, hereby submits his status report in accordance with this Court's Order dated January 29, 2024.

1. On February 8, 2024, Timothy M. Netkovick, Esq., hereby filed his Notice of Appearance as the Successor Counsel for the Plaintiff.

2. Plaintiff respectfully requests that a Rule 16 scheduling conference be scheduled at the next date convenient for the Court.

Respectfully submitted,

The Plaintiff
Takayoshi Kakiuchi,

By their Attorney,

/s/Timothy M. Netkovick
TIMOTHY M. NETKOVICK, ESQUIRE
BACON WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
tnetkovick@baconwilson.com
BBO#654353
February 8, 2024

CERTIFICATE OF SERVICE

I, Timothy M. Netkovick, Esquire of the law firm Bacon Wilson, P.C., 293 33 State Street, Springfield, Massachusetts 01103, hereby certify that the within-named document was served on all parties of record in this action by **emailing a copy** thereof, on **February 8, 2024,** to the following:

Kevin C. Giordano, Esquire
Keyes and Donnellan, P.C.
293 Bridge Street, Suite 600
Springfield, Massachusetts 01103

/s/Timothy M. Netkovick
TIMOTHY M. NETKOVICK